IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MANDRIEZ SPIVEY,
    Plaintiff,
v.                                                    **Judgment in a Civil Case**
UNKNOWN WARDEN, UNKNOWN
ASSISTANT WARDEN, UNKNOWN
MANAGER, UNKNOWN COUNSELOR,
UNKNOWN INTAKE STAFF,
    Defendants.                           Case Number: 5:22-CT-3168-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This Judgment Filed and Entered on November 30, 2022, with service on:
Mandriez Spivey (via U.S. Mail)
2541 Montpelier Ave.
Macon, GA 31204

November 30, 2022                                                 Peter A. Moore, Jr.
                                                                  Clerk of Court

                                                                By: *Stephanie Mann*
                                                                   Deputy Clerk